UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 07 2019

Clerk, U.S. District and
Bankruptcy Courts

| Allergan plc, Allergan, Inc., Medytox Inc., *Plaintiffs (Complainants),* v. Daewoong Pharmaceuticals Co., Ltd. Evolus, Inc., *Defendants (Respondents).* |
|---|

Civil Action No. Misc. 19-96

### REQUEST FOR INTERNATIONAL ASSISTANCE – LETTER OF REQUEST

The United States District Court for the District of Columbia respectfully requests international judicial assistance to obtain evidence, under the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, to be used in an administrative proceeding as approved by this Court in the above captioned matter.

Based on the representations made by the plaintiff-complainant Medytox Inc. ("Medytox"), this Court believes that Yeon Tae Jung is in possession of documents and has knowledge regarding material facts that are relevant for the proper prosecution of the above referenced administrative proceeding. This Court requests the assistance described below:

| 1. Sender | Nowell D. Bamberger<br>Cleary Gottlieb Steen & Hamilton LLP<br>2112 Pennsylvania Avenue NW<br>Washington, DC 20037<br>United States of America<br>Telephone: (202) 974-1500 |
|---|---|
| 2. Central Authority of Requested State | National Court Administration<br>Attn: Director of International Affairs<br>Seocho-daero 219<br>Seocho-gu<br>Seoul 06590<br>Republic of Korea |

| | |
|---|---|
| 3. Person to whom the executed request is to be returned | Nowell D. Bamberger<br>c/o Cleary Gottlieb Steen & Hamilton LLP<br>Foreign Legal Consultant Office<br>19F, Ferrum Tower<br>19, Eulji-ro 5-gil, Jung-gu<br>Seoul 04539<br>South Korea<br>Telephone: +82 2 6323 8000 |
| 4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request | |
| Date | A response is requested by June 30, 2019 or as soon as practicable. |
| Reason for urgency | Under Section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337, investigations in the United States International Trade Commission must be completed "at the earliest practicable time."<br><br>The requested discovery supports the misappropriation of trade secrets contentions in this investigation. Fact discovery is scheduled to close in this matter on July 3, 2019 and there is an evidentiary hearing for this investigation scheduled to take place beginning November 4, 2019.<br><br>Expedient treatment of this request will allow the United States International Trade Commission to make an informed decision on the merits of this investigation. |
| In conformity with Article 3 of the Convention, the undersigned applicant has the honor to submit the following request: | |
| Requesting judicial authority (Article 3, a) | United States District Court Judge<br>U.S. District Court for the District of Columbia<br>333 Constitution Ave., N.W.<br>Washington, DC 20001<br>United States of America |
| To the competent authority of (Article 3, a) | Republic of Korea |
| Names of the case and any identifying number | *In the Matter of Certain Botulinum Toxin Products, Processes for Manufacturing or Relating to the Same and Certain Products Containing the Same*, United States |

|  | International Trade Commission Investigation No. 337-TA-1145 |
|---|---|
| Names and addresses of the parties and their representatives (including representatives in the requested State) (Article 3, b) ||
| Plaintiffs (Complainants) | Medytox Inc.<br>626 Teheran Road<br>Gangnam, Seoul<br>South Korea<br>Telephone: +82-70-86666933<br>("Medytox")<br><br>Allergan plc<br>Clonshaugh Business and Technology Park<br>Coolock, Co. Dublin, D17 E400,<br>Ireland<br>Telephone: +1 (800) 678-1605<br><br>Allergan, Inc.<br>2525 Dupont Drive,<br>Irvine, California 92612<br>United States of America<br>Telephone: (714) 246-4500<br>(collectively, "Allergan") |
| Representatives | **Cleary Gottlieb Steen & Hamilton LLP**<br>Nowell D. Bamberger<br>Elsbeth Bennett<br>2112 Pennsylvania Ave NW<br>Washington, D.C. 20037<br>United States of America<br>Telephone: (202) 974-1500<br><br>David H. Herrington<br>Arminda Bepko<br>Charity E. Lee<br>One Liberty Plaza<br>New York, New York 10006<br>United States of America<br>Telephone: (212) 225-2000<br><br>**Law Office of T. Spence Chubb**<br>T. Spence Chubb<br>1025 Connecticut Avenue, N.W., Suite 1000<br>Washington, D.C. 20036<br>United States of America<br>Telephone : (703) 623-7739<br>*Counsel for Medytox, Inc.* |

|  |  |
|---|---|
|  | **Gibson, Dunn & Crutcher LLP**<br>Jeffrey T. Thomas<br>3161 Michelson Drive<br>Irvine, California 92612-4412<br>United States of America<br>Telephone: (949) 551-3967<br><br>Michael Sitzman<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105-0921<br>United States of America<br>Telephone: (415) 393-8221<br><br>Brian M. Buroker<br>1050 Connecticut Avenue NW<br>Washington, DC 20036-5306<br>United States of America<br>Telephone: (202) 955-8541<br>*Counsel for Allergan plc and Allergan, Inc.* |
| Defendants (Respondents) | Daewoong Pharmaceuticals Co., Ltd.<br>Bongeunsaro 114-gil 12<br>Gangnam, Seoul 06170,<br>South Korea<br>Telephone: +82-2-550-8800<br>("Daewoong")<br><br>Evolus, Inc.<br>520 Newport Center Drive<br>Suite 1200<br>Newport Beach, CA 92660<br>United States of America<br>("Evolus") |
| Representatives | **Foster, Murphy, Altman & Nickel, PC**<br>David F. Nickel<br>1150 8th Street, NW<br>Washington, D.C. 20036<br>United States of America<br>Telephone: (202) 822-4104<br><br>**Kobre & Kim LLC**<br>Michael Kim<br>Benjamin Sirota<br>800 3rd Avenue<br>New York, NY 10022<br>United States of America |

4

| | |
|---|---|
| | Telephone: (212) 488-1200<br><br>Daniel Zaheer<br>Michael Ng<br>Alexandre Fellows<br>150 California St.<br>San Francisco, CA 94111<br>United States of America<br>Telephone: (415) 582-4800<br><br>Won Joon Lee<br>9F, Tower B, The-K Twin Towers<br>50, Jong-ro 1-gil, Jongno-gu<br>Seoul, 03142<br>South Korea<br><br>Matthew Boucher<br>1919 M Street, NW<br>Washington, D.C. 20036<br>United States of America<br>Telephone: (202) 664-1950<br>*Counsel for Respondent Daewoong Pharmaceuticals Co., Ltd.*<br><br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>Nicholas Groombridge<br>Josephine Young<br>Dexin Deng<br>1285 Avenue of the Americas<br>New York, NY 10019<br>United States of America<br>Telephone: (212) 373-3000<br>*Counsel for Respondent Evolus, Inc.* |
| Other Parties | Brian Koo<br>Office of Unfair Import Investigations<br>U.S. International Trade Commission<br>500 E Street, S.W.<br>Washington, D.C. 20436<br>United States of America |
| Nature of the proceedings and summary of the facts | This is a proceeding being conducted before the United States International Trade Commission under Section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337, based on a Complaint filed by Complainants on January 30, 2019. The Complaint alleges |

5

| | |
|---|---|
| | violations of Section 337 based upon the importation into the United States and the sale within the Unites States after importation of certain botulinum toxin products (including DWP-450), processes for manufacturing or relating to same and certain products containing same by reason of misappropriation of trade secrets, the threat of which is to destroy or substantially injure a domestic industry in the United States.<br><br>Complainants in this case allege that Respondent Daewoong Pharmaceutical Co., Ltd. ("Daewoong") misappropriated Medytox's trade secrets, as well as Medytox's botulinum neurotoxin ("BTX") strain, and used the misappropriated trade secrets and BTX strain to develop a botulinum toxin product called DWP-450, which Daewoong and Respondent Evolus Inc. (and together, the "Respondents") are importing into the United States. Complainants seek foreign discovery from Yeon Tae Jung because he was responsible for culture processes development and participated in the DWP-450 project. He was also identified by Daewoong in its responses to Medytox's interrogatories as having significant knowledge about the development history of DWP-450. Yeon Tae Jung, therefore, has knowledge and experience relating to the research and development and manufacture of DWP-450. The documents in Yeon Tae Jung's possession and his testimony are relevant to Daewoong's misappropriation of Medytox's trade secrets and Respondents unfair and unlawful acts. Complainants seek documents and information that are not believed to be available from a party to this Investigation. |
| Evidence to be obtained or other judicial act to be performed (Article 3, d) | It is respectfully requested that a judicial authority of the Republic of Korea order Yeon Tae Jung to produce copies of documents as described in Attachment 1. It is also requested that the Director of International Affairs of the National Court |

6

| | Administration of the Republic of Korea compel Yeon Tae Jung to provide testimony regarding the deposition topics set forth in Attachment 2. |
|---|---|
| Purpose of the evidence or judicial act sought | The requested documents and deposition testimony will provide important evidence related to the misappropriation of trade secrets alleged in the complaint. |
| Identity and address of any person to be examined (Article 3, e) | Yeon Tae Jung<br>301, 123-5, Bundang-dong, Bundang-gu, Seongnam-si, Gyeonggi-do, Korea |
| Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, f) | The topics and questions for the deposition are set forth in Attachment 2. |
| Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3, h) | It is respectfully requested that each document described in Attachment 1 be produced along with all non-identical drafts thereof in their entirety, without abbreviation or redaction, as maintained in the ordinary course of business. |
| Special methods or procedure to be followed (Articles 3, i and 9) | In the event that any document called for by these requests is withheld in whole or in part on the basis of any applicable privilege, it is requested that Yeon Tae Jung furnish a privilege log that identifies each document for which any privilege is claimed and that provides, with respect to each document, the following information:<br>(a) the date the document was created and last modified;<br>(b) the subject matter of the document;<br>(c) the person(s) who prepared the document;<br>(d) all persons to whom the document was distributed, shown, or explained;<br>(e) the document's present custodian; and<br>(f) the nature of the privilege asserted.<br><br>With regard to the oral examination, it is requested that:<br>(a) the examination be conducted orally;<br>(b) the parties' representatives or their designees, attorneys, their interpreters, and a stenographer be permitted to be present during the examination; |

| | |
|---|---|
| | (c) there be excluded from the examination, if permitted under the law of the Republic of Korea, all person other than the parties' representatives or their designees, attorneys, their interpreters, and the stenographer, and any official of the court of the Republic of Korea required to be present during such proceedings; <br> (d) the stenographer be permitted to record verbatim the examination; <br> (e) the stenographer be permitted to record the examinations by audiovisual means; <br> (f) the attorneys for the parties be permitted to ask questions regarding the topics listed in Attachment B; <br> (g) ten and a half hours (10.5) be allotted for the examination of the witness if an interpreter is required, and seven (7) hours be allotted for the examination if the witness testifies in English; <br> (h) the witnesses be examined as soon as practicable; and <br> (i) the documents and property requested in Attachment 1 be provided to Respondents no later than seven (7) days before the deposition at a convenient location to be mutually determined. |
| Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7) | It is requested that the individuals identified below be furnished as soon as practicable with a copy of the executed Letter of Request. <br><br> Nowell D. Bamberger <br> c/o Cleary Gottlieb Steen & Hamilton LLP <br> Foreign Legal Consultant Office <br> 19F, Ferrum Tower <br> 19, Eulji-ro 5-gil, Jung-gu <br> Seoul 04539 <br> South Korea |
| Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Article 8). | None |
| Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11, b) | The custodian may refuse to give evidence only insofar as he or she has a privilege or duty to refuse to give evidence under the laws |

8

|  | of the United States. |
|---|---|
| The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by | Medytox Inc. c/o<br>Nowell D. Bamberger<br>Cleary Gottlieb Steen & Hamilton LLP<br>2112 Pennsylvania Ave NW<br>Washington, D.C. 20037<br>United States of America<br>*Counsel for Medytox* |
| Date of Request | May ~~June~~ 7 2019 |
| Signature and Seal of the Requesting Authority | *[signature]*<br>United States ~~District Court Judge~~<br>U.S. District Court for the District of Columbia |

Attachments:

G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

| Attachment 1 | Documents to be Produced by Yeon Tae Jung |
|---|---|
| Attachment 2 | Deposition topics and questions for Yeon Tae Jung |
| Attachment 3 | Protective Order |

9